CINCINNATI BAR ASSOCIATION v. WEBER.

[Cite as *Cincinnati Bar Assn. v. Weber* (1991), 62 Ohio St.3d 222.]

(No. 91–858—Submitted June 26, 1991—Decided December 18, 1991.)

*Richard H. Johnson, Edwin W. Patterson III* and *Thomas M. Tepe,* for relator.

*Terry A. Weber, pro se.*

---

*Per Curiam.* We agree that respondent committed the disciplinary violations found by the board, but modify its recommendation. Respondent is hereby publicly reprimanded, and we order that restitution be made consistent with the board's opinion, but within sixty days of the date of this order. Failure to make restitution will result in respondent's immediate suspension from the practice of law in Ohio until such payment is made. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, WRIGHT, H. BROWN and RESNICK, JJ., concur.

DOUGLAS, J., concurs in judgment only.

DOUGLAS, J., concurring in judgment. I concur in the judgment but I would give respondent twelve months to make restitution.